FANNIE ROTH, PLAINTIFF, v. ISIDORE BRUSSELL AND PHILIP BRUSSELL, PARTNERS, TRADING AS I. AND P. BRUSSELL, DEFENDANTS.

Decided October 16, 1929.

Before GUMMERE, CHIEF JUSTICE, and Justices PARKER and BODINE.

For the plaintiff-appellant, *Aaron L. Simon.*

For the defendant-appellees, *Frank G. Turner.*

PER CURIAM.

The plaintiff, Fannie Roth, recovered a verdict in the sum of $700 in an action in tort for personal injuries in the Passaic Circuit Court.

Our examination of the testimony leads us to the conclusion that the verdict of the jury is not against the clear weight of the evidence nor contrary to the charge of the court, or so clearly inadequate as to justify a new trial.

The rule will be dismissed.